**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roger Mark Scott,<br><br>　　　　Petitioner,<br><br>v.<br><br>Dora Schriro, et al.,<br><br>　　　　Respondents. | No. CV-97-1554-PHX-PGR<br><br>DEATH PENALTY CASE<br><br><br>**ORDER RE: CERTIFICATE OF APPEALABILITY** |

Petitioner has filed a notice of appeal of the Court's Order denying his motion for relief pursuant to Rule 60(b)(6). (Dkt. 189.)

Rule 22(b) of the Federal Rules of Appellate Procedure provides that when an appeal is taken by a petitioner, the district judge who rendered the judgment "shall" either issue a certificate of appealability ("COA") or state the reasons why such a certificate should not issue. *See Lynch v. Blodgett*, 999 F.2d 401, 402 (9th Cir. 1993). Pursuant to 28 U.S.C. § 2253(c)(2), a COA may issue only when the petitioner "has made a substantial showing of the denial of a constitutional right." To satisfy this standard, a petitioner "must demonstrate that the issues are debatable among jurists of reason; that a court *could* resolve the issues [in a different manner]; or that the questions are adequate to deserve encouragement to proceed further." *Barefoot v. Estelle*, 463 U.S. 880, 893 & n.4 (1983); *see Slack v. McDaniel*, 529 U.S. 473, 484 (2000). A COA is proper, for example, where an issue is the subject of conflicting authority within a circuit or between circuits. *See Lambright v. Stewart*, 220 F.3d 1022, 1026 (9th Cir. 2000).

For the reasons set forth in its Order denying Petitioner's motion for relief pursuant to Rule 60(b)(6) (Dkt. 188) – principally, because there is no authority for Petitioner's position that a statutory right to effective assistance of habeas counsel exists which would support a claim for relief under Federal Rule of Civil Procedure 60(b)(6) – the Court finds that reasonable jurists could not debate its denial of Petitioner's motion for relief and that the issues presented in the motion are not adequate to deserve encouragement to proceed further. *See, e.g.*, *Gonzalez v. Crosby*, 545 U.S. 524 (2005); *Post v. Bradshaw*, 422 F.3d 419 (6th Cir. 2005), *cert. denied*, 126 S. Ct. 1621 (2006).

Accordingly,

**IT IS HEREBY ORDERED** denying a Certificate of Appealability.

DATED this 29th day of May, 2007.

Paul G. Rosenblatt
United States District Judge